IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS             June 30, 2014

S/BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ACEMLA DE PUERTO RICO, INC.; LATIN
AMERICAN MUSIC COMPANY, INC.

Plaintiffs

vs                                              CIVIL 13-1822CCC

BANCO POPULAR DE PUERTO RICO,
INC.; FUNDACION BANCO POPULAR,
INC.; COMPANIES A to Z; JOHN DOE

Defendants

---

The parties' Joint Motion for Extension of Time to Conclude Discovery filed on June 25, 2014 (**docket entry 19**) is GRANTED until SEPTEMBER 30, 2014. No further extensions shall be granted.

S/María Luz Díaz, Judicial Assistant